UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TWYLAH JAGIELO ) <br> 901 North Nelson Street ) <br> Arlington, VA 22203 ) | Civil Action No.: 08-0402 (ESH) |
| ) | |
| Plaintiff ) <br> v. ) | |
| ) | |
| CARLOS M. GUTIERREZ, ) <br> Secretary ) <br> United States Department of Commerce ) <br> 14th Street and Constitution Ave., NW ) <br> Washington, DC 20230 ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **James R. Klimaski**, via the court's Electronic Case Filing System (ECF).

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309