UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TWYLAH JAGIELO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-402 (ESH) |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| Secretary of the Department of ) | |
| Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a 4-day extension to respond to Plaintiff's Complaint. Plaintiff's counsel consents to this extension. Good cause exists for the Court to grant this extension, as Defendant sets forth below:

1. The Complaint in this matter raises numerous factual issues regarding Plaintiff's employment at the Department of Commerce.

2. Defendant's response to Plaintiff's Complaint is currently due on May 5, 2008.

3. Defendant has been diligently reviewing the factual allegations and legal contentions in the Complaint. However, Defendant needs additional time to prepare its response.

4. Accordingly, Defendant respectfully requests that the Court grant it an additional 4-days to respond to the Complaint.

5. This is Defendant's first request for an extension.

6. Plaintiff will not be prejudiced by the modest extension sought in this motion.

A proposed order is submitted herewith.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TWYLAH JAGIELO,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**CARLOS M. GUTIERREZ,** )<br>**Secretary of the Department of** )<br>**Commerce,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 08-402 (ESH) |

**PROPOSED ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by May 9, 2008.

SO ORDERED.


Date: _____                                   _____
                                                                    United States District Judge