AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: March 14, 2007 at approx. 3:30 PM |
| NAME OF SERVER (PRINT): Jon Pinkus | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Angela Henson, from Defendant's Office of General Counsel, accepted service on his behalf, at their main office, 14th & Constitution Ave. NW.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>May 2, 2008</u>        *[signature]*
              Date                     Signature of Server

<u>1625 Mass. Ave. NW, #500, Washington, DC 20036</u>
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Twylah Jagielo

**SUMMONS IN A CIVIL CASE**

V.

Carlos M. Gutierrez,
Secretary of Commerce

CASE NUM

Case: 1:08-cv-00402
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Serve:
Carlos M. Gutierrez, U.S. Secretary of Commerce
14th Street and Constitution Ave. NW
Washington, DC  20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        MAR - 5 2008

CLERK                          DATE

_(signature)_
(By) DEPUTY CLERK