AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 13, 2008, 4:55 PM |

| NAME OF SERVER *(PRINT)* Jon Pinkus | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Accepting on behalf of Attorney General Mukasey at the Dept. of Justice was Mr. Delvon Whitmire.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 2, 2008
              *Date*

*Signature of Server*

1625 Mass. Ave. NW, #500, Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Twylah Jagielo

**SUMMONS IN A CIVIL CASE**

V.

Carlos M. Gutierrez,
Secretary of Commerce

CASE

Case: 1:08-cv-00402
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Serve:
Michael B. Mukasey, U.S. Attorney-General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             MAR -5 2008

CLERK                                               DATE

(By) DEPUTY CLERK